IN THE DISTRICT COURT OF MISSOURI
EASTERN DISTRICT

| | |
|---|---|
| JAMES LAGRONE, | ) |
| Petitioner, | ) ) ) |
| v. | ) Case No. 4:07-cv-01255-DJS-TCM |
| TROY STEELE, | ) ) ) |
| Respondent. | ) |

MOTION:
Granted ✓
Denied
Overruled
Date 2/4/09

**Motion for Withdrawal of Attorney**

I request permission from the Court to withdraw as counsel for respondent; I no longer work for the Missouri Attorney General's Office. Assistant Attorneys General Stephen Hawke and Caroline M. Coulter would remain counsel of record for respondent.

Respectfully submitted,

/s/
RONALD S. RIBAUDO
Mo. Bar. #53833

THE RIBAUDO LAW FIRM
#1 Bridlewood Dr.
Lake St. Louis, MO 63367
Phone: (314) 768-0184
Fax:   (636) 561-1380
ron@ribaudolaw.com
www.ribaudolaw.com

Certificate of Service

On February 3, 2009, I mailed by first-class mail a copy of the foregoing motion to Keith Allen Lane, #1050886, ERDCC, 2727 Highway K, Bonne Terre, MO 63628.

/s/
Ronald S. Ribaudo