**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

| | | |
|---|---|---|
| **JAMES LAGRONE,** | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| vs. | ) | No. 4:07CV1255-DJS |
| | ) | |
| **TROY STEELE,** | ) | |
| | ) | |
| Respondent. | ) | |

## ORDER

This matter is before the Court upon the report and recommendation of the United States Magistrate Judge, recommending that petitioner James LaGrone's petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254 be denied. Upon careful consideration of the report and recommendation of the United States Magistrate Judge, and the lack of objections thereto,

**IT IS HEREBY ORDERED** that the magistrate judge's report and recommendation [Doc. #20] is accepted and adopted.

Dated this   31st   day of August, 2010.

/s/ Donald J. Stohr
UNITED STATES DISTRICT JUDGE